UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSHUA CLASBY,

      Plaintiff,

v.

CITY OF NEWTON, *et al.*,

      Defendants.

Case No. 25-cv-01171-JPG

## MEMORANDUM AND ORDER

      This case is before the Court on Defendants Garrett Finn, Dustin Levitt, and Jasper County, Illinois's Consent Motion to Seal Document #15. (Doc. 17). Court records are presumptively open to the public. *Union Oil Co. of Cal. v. Leavell*, 220 F.3d 562, 568 (7th Cir. 2000). However, a document on the record may be sealed if good cause exists. *Citizens First Nat. Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999). Good cause exists when the "privacy interests of the litigants" outweigh the public's interest. *Id.*

      Here, the Court finds that good cause exists. The document that Defendants seek to seal is Proof of Service on Garrett Finn (Doc. 15). The document contains Mr. Finn's personal residential address. Mr. Finn is a police officer. The public has little interest in disclosure of a police officer's residential address. It does not concern the "performance of [his] public duties." *McGee v. City of Chicago*, No. 04 C 6352, 2005 WL 3215558, at *2 (N.D. Ill. June 23, 2005). In contrast, public disclosure of Mr. Finn's residential address is an unfair invasion of his privacy interests. It could lead to harassment, intimidation, and safety concerns for him and his family.

      Since the privacy interests of Mr. Finn outweigh the public's interest, the Court GRANTS Defendants Garrett Finn, Dustin Levitt, and Jasper County, Illinois's Consent Motion to Seal Document #15. (Doc. 17). It ORDERS the Clerk of Court to replace Document #15 with

Document #17-1.

**IT IS SO ORDERED.**
**DATED**:   **September 16, 2025**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**United States District Judge**
