UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSHUA CLASBY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEWTON,<br>COUNTY OF JASPER,<br>RILEY BRITTON,<br>ADAM DECKARD,<br>GREGORY COKER,<br>DUSTIN LEVITT, and<br>GARRETT FINN,<br><br>Defendants. | Case No. 25-cv-01171-JPG |

**JUDGMENT**

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants City of Newton, County of Jasper, Riley Britton, Adam Deckard, Gregory Coker, Dustin Levitt, and Garrett Finn, and against Plaintiff Joshua Clasby, and that this case is dismissed with prejudice.

**DATED: October 23, 2026**

**MONICA A. STUMP, Clerk of Court**

**Deputy Clerk**

**Approved:**

**J. PHIL GILBERT**
**United States District Judge**